

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00063-CV
_____

CAROLYN BERGIN, Appellant

V.

RANDY TAYLOR, Appellee

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 2007-173

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Carolyn Bergin, appellant, has filed with this Court a motion to dismiss her pending appeal in this matter.  *See* TEX. R. APP. P. 42.1(a).  The motion is signed by Bergin, who is representing herself pro se.

We grant Bergin's motion and dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     July 1, 2008
Date Decided:       July 2, 2008